IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr399

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| GARY LEONARD CANNON | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a) (Doc. No. 12), and the defendant's motion for bond (Doc. No. 11).

The Court has been informed that the defendant is now deceased.

**IT IS THEREFORE ORDERED** that the government is GRANTED leave to dismiss the indictment in the above captioned case without prejudice.

**IT IS FURTHERMORE ORDERED** that the defendant's motion for bond is DENIED as moot.

The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: May 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge